IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01653-GPG

**DOUGLAS EDWARD BRUCE**,

    Applicant,

v.

**STATE OF COLORADO**;
**COLORADO PROBATION DEPARTMENT**;
**COLORADO ATTORNEY GENERAL**;
**COLORADO SUPREME COURT**; and
**DENVER DISTRICT COURT**; et al.,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Respondents' Motion for Leave to File Pre-Answer Response to the Amended Application (ECF No. 17) is **GRANTED**. Respondents shall file their response on or before November 30, 2015.

Dated:  October 26, 2015