IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01653-GPG

DOUGLAS EDWARD BRUCE,

    Applicant,

v.

MARIANNE CLEMENTI, Probation Officer,
STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, when appropriate to a magistrate judge. See D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.

DATED: February 8, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher

United States Magistrate Judge